# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1763 DEQUONTIST MARQUEZ LUCAS v. THE STATE

Upon consideration of appellant's motion to transfer appeal to the Supreme Court, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office,*
*Atlanta,   06/05/2017*
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*